**PROVERBS 31:8 LAW, PC**
David D. Lee, Esq., SBN 318212
6940 Beach Blvd., Suite D-606
Buena Park, CA 90621
Telephone: (213) 210-3651
dLee@proverbs318Law.com

Attorneys for Plaintiff
**ANSUK JANG**

**SHOOK, HARDY & BACON L.L.P.**
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
CASEY DOUGLAS (SBN 349623)
cdouglas@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

KARYN IHARA (SBN 298950)
kihara@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
TEL: (424) 285-8330 | FAX: (424) 204-9093

ARLENE H. BAKIRCI (SBN 342772)
abakirci@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Tel: (949) 475-1500 | Fax: (949) 475-0016

Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSUK JANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation; and Does 1-50, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-01959**<br><br>JOINT NOTICE REGARDING SETTLEMENT<br><br>Complaint Filed: February 5, 2025<br>Trial Date:  None Set |

- 1 -

1

**NOTICE OF SETTLEMENT**

2   Plaintiff ANSUK JANG ("Plaintiff") and Defendant NISSAN NORTH

3 AMERICA, INC. ("NISSAN") (collectively "Parties"); through their undersigned

4 counsel, hereby notify the Court that the Parties have reached a settlement in the

5 above-entitled matter. The Parties hereby request that the Court vacate all pending

6 due dates and hearings. Upon Defendant's completion of its duties (as mandated under

7 the settlement agreement), Parties will file a joint notice of dismissal with prejudice.

8

9   Respectfully submitted,

10

11 Dated: May 8, 2025     PROVERBS 31:8 LAW, PC

12

13          By: *David Lee*

              DAVID D. LEE

14

15            Attorneys for Plaintiff

            ANSUK JANG

16

17 Dated: May 8, 2025     SHOOK, HARDY & BACON L.L.P.

18

19          By:

             AMIR NASSIHI

20            CASEY DOUGLAS

21            KARYN IHARA

            ARLENE BAKIRCI

22

23            Attorneys for Defendant

            NISSAN NORTH AMERICA, INC.

24

25

26

27

28