JS-6

1  **PROVERBS 31:8 LAW, PC**
   David D. Lee, Esq., SBN 318212
2  6940 Beach Blvd., Suite D-606
   Buena Park, CA 90621
3  Telephone: (213) 210-3651
   dLee@proverbs318Law.com
4
   Attorneys for Plaintiff
5  **ANSUK JANG**

6  **SHOOK, HARDY & BACON L.L.P.**
   AMIR NASSIHI (SBN 235936)
7  anassihi@shb.com
   CASEY DOUGLAS (SBN 349623)
8  cdouglas@shb.com
   555 Mission Street, Suite 2300
9  San Francisco, CA 94105
   TEL: (415) 544-1900 | FAX: (415) 391-0281
10
   KARYN IHARA (SBN 298950)
11 kihara@shb.com
   2121 Avenue of the Stars, Suite 1400
12 Los Angeles, CA 90067
   TEL: (424) 285-8330 | FAX: (424) 204-9093
13
   ARLENE H. BAKIRCI (SBN 342772)
14 abakirci@shb.com
   Jamboree Center
15 5 Park Plaza, Suite 1600
   Irvine, CA 92614-2546
16 Tel: (949) 475-1500 | Fax: (949) 475-0016

17 Attorneys for Defendant
   **NISSAN NORTH AMERICA, INC.**
18

19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA

21 ANSUK JANG, an individual,          | **Case No. 2:25-cv-01959**
22              Plaintiff,             | [~~PROPOSED~~] **ORDER OF DISMISSAL**
23        v.
24 NISSAN NORTH AMERICA, INC., a       | *NOTE CHANGES MADE BY THE COURT*
   California Corporation; and Does 1-50,
25 inclusive,
26              Defendants.
27
28

AGR
AGR

1   On June 6, 2025, the parties filed a Stipulation to Dismiss the action in its
2 entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good
3 cause shown, the Court grants the joint ~~motion~~ stipulation and dismisses the action
4 with prejudice. The court retains jurisdiction over the terms of the Parties'
5 settlement agreement for a period of 90 days.

6   **IT IS SO ORDERED.**

7 DATED: June 6, 2025

*alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

- 2 -
~~[PROPOSED]~~ ORDER OF DISMISSAL